**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In Re: ) | |
| ) | In Proceedings Under |
| Andrea R. Crockett, ) | Chapter 13 |
| Debtor. ) | |
| ) | BK No.: 19-30070 |

### OBJECTION TO NOTICE OF POSTPETITION MORTGAGE FEES, EXPENSES AND CHARGES FILED BY PLS SPECIALITY INVESTMENTS LLC ON AUGUST 2, 2019

COMES NOW the Debtor, Andrea R. Crockett, by and through her attorneys, The Law Office of Ronald A. Buch, LLC, and for her Objection to Notice of Post-petition Mortgage Fees, Expenses and Charges states as follows:

1. On January 25, 2019, the Debtor filed the instant Chapter 13 case.

2. On August 2, 2019, PLS Specialty Investment LLC filed a Notice of Post-petition Mortgage Fees, Expenses and Charges totaling $900.00 for Plan Review, Proof of Claim, and 410A Prep on 3/22/2019.

3. Debtor requests the $900.00 for Plan Review, Proof of Claim, and 410A Prep on 3/22/2019 be denied as PLS Specialty Investment LLC provided no itemization to justify fees pursuant to *In re Wiedau's, Inc.*, 78 B.R. 904 (Bankr. S.D. Ill. 1987). In addition, the fees requested are excessive and not reasonable.

4. Debtor requests an order precluding creditor from adding these fees to the mortgage and or note.

WHEREFORE, Debtor prays for an Order from this Court denying PLS Specialty Investment LLC's Notice of Post-Petition Mortgage Fees, Expenses and Charges filed on August 2, 2019, an order precluding creditor from adding these fees to the mortgage and or note and for

such other relief as the Court deems just and proper.

                                              By: /s/ Ronald A Buch
                                              Ronald A. Buch - #6209955
                                              Kimberly D. Litherland - #6299352
                                              Attorney for Debtor(s)
                                              5312 West Main Street
                                              Belleville, IL  62226
                                              (618) 236-7000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing **Notice and Debtor's Motion** was served upon all parties via US Mail on August 20, 2019, unless served via electronically.

Andrea R. Crockett
507 Country Meadow Ln
Belleville, IL 62221

PLS Specialty Investment LLC
Jon Lieberman, Sottile & Barile
394 Wards Corner Rd, ste 180
Loveland, OH 45140

Served Electronically:
United States Trustee
US Bankruptcy Court
Russell C. Simon, Chapter 13 Trustee

/s/ Mary